THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARL MATTHEW FRIEND,

         *Appellant*,

v.                             3:22-CV-0688
                               (JUDGE MARIANI)
U.S. TRUSTEE, ET AL

         *Appellee.*

FILED
SCRANTON
AUG 0 3 2022
PER ___
DEPUTY CLERK

## ORDER

By Order of July 22, 2022, the Appellant was ordered to show cause within seven (7) days why this action should not be dismissed for failure to file a brief in conformity with Rule 8014 and in the timely manner prescribed in Rule 8018. Appellant has failed to reply.

**ACCORDINGLY, THIS** 3rd **DAY OF AUGUST, 2022**, this case is dismissed for failure to timely file a brief as enumerated in Rule 8014(a). The Clerk of Court is directed to mark this action closed.

Robert D. Mariani
United States District Judge